21-MJ-1202

# AFFIDAVIT OF SPECIAL AGENT CRAIG R. HARVEY IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent Craig R. Harvey, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2018. I am currently assigned to the Boston Field Office, North Shore Gang Task Force ("FBI Task Force"). The primary mission of the FBI Task Force is to identify, investigate, disrupt, and dismantle violent criminal organizations operating in cities north of Boston. I have received training and experience in various aspects of criminal law and procedure, including electronic and physical surveillance, interrogations, stops, searches, seizures, and arrests for a variety of criminal offenses. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the use and trafficking of illegal firearms and narcotics, including persons involved in criminal organizations. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2. I submit this affidavit in support of an application for criminal complaint and arrest warrants charging ARMANI MINIER-TEJADA ("TEJADA") a/k/a "Shotz" a/k/a "Gustavo," MIGUEL MINIER, and SHELBY KLEFFMAN with: Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Controlled Substances, including cocaine, cocaine base, fentanyl and methamphetamine, in violation of 21 U.S.C. § 846; and TEJADA and KLEFFMAN with Conspiracy to Possess Firearms in Furtherance of, and Use and Carry Firearms During and in Relation to, a Drug Trafficking Conspiracy, in violation of 18 U.S.C. § 924(o) (the "TARGET OFFENSES").

3. The information contained in this affidavit is based on my personal observations and

1

review of records, reports, and phone extractions, my training and experience, and information obtained from other FBI and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") agents and taskforce officers ("TFO"), Massachusetts State Police Troopers, officers from Maine law enforcement agencies including the Maine Drug Enforcement Agency ("MDEA"), local police officers, and witnesses. The dates and times in this affidavit are approximate. This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of the requested criminal complaint and arrest warrants and does not set forth all of my knowledge about this matter.

## INVESTIGATION BACKGROUND

4. I am currently investigating TEJADA, MINIER, and KLEFFMAN relating to drug trafficking and firearms offenses. I know through this investigation, review of cellular phones recovered in the District of Massachusetts, and debriefs of multiple sources of information that TEJADA and MINIER, and others operate a drug trafficking operation based in Massachusetts that, in addition to involving the sale of controlled substances in Massachusetts, includes the manufacture, sale and delivery of large quantities of controlled substances to specific drug contacts in Maine, including KLEFFMAN, oftentimes on consignment (i.e., the drugs are fronted with payment to be made later).

5. The drug operation typically works as follows: a Maine drug contact, such as KLEFFMAN, orders specific types and quantities of controlled substances from TEJADA, MINIER, or an associate based on the perceived demand of their customer base in Maine. Delivery of the controlled substances to the Maine drug contact and/or the exchange of payment for the controlled substances usually takes place a short time after TEJADA, MINIER, or an associate receives the controlled substances in Massachusetts from their suppliers, and often takes place either at a rental

location in Maine secured by TEJADA, MINIER or an associate through the online rental service Airbnb, Inc. ("Airbnb"). Alternatively, certain drug customers may also receive deliveries of controlled substances or exchange money owned at a mutually agreed-upon delivery location. The Airbnb premises serves as a base of operations in Maine for TEJADA, MINIER, and/or their coconspirators and associates for the storage, manufacturing, packaging, and distribution of controlled substances, storage of currency; it also serves as a location in which firearms are kept. Generally, after the Maine drug contact receives the controlled substances, the Maine drug contact then conducts his or her own manufacturing and adulteration of the controlled substances before distributing them to their customer base in Maine and collecting outstanding money owed. After the sales of the controlled substances are complete, if the Maine contact has not already paid TEJADA, MINIER, or a coconspirator or associate for the controlled substances upon their receipt, a meeting is arranged during which the Maine drug contact provides the funds to TEJADA, MINIER, or a coconspirator or associate and then additional deliveries are arranged or conducted. Through this arrangement, TEJADA, and MINIER, and the coconspirators distribute the drugs to a small selected group of individuals who then distribute on a retail level as part of the same conspiracy. In doing so, TEJADA, MINIER, and the coconspirators offload most of the actual retail drug distribution activity to the Maine drug contact and simply arrange for delivery of controlled substances and/or retrieval of cash.

6.     I am familiar with ARMANI MINIER-TEJADA, who has a date of birth of XX/XX/1999. TEJADA goes by the street names "Shotz" and "Gustavo". TEJADA has not been convicted of a crime as an adult, but has been convicted as a juvenile by Youthful Offender Indictment of firearm possession and was committed in a non-custodial capacity to the Department of Youth Services ("DYS") until age 21, which concluded in December 2020. TEJADA was also found delinquent

as a juvenile of disturbing a school assemble, trespassing and assault and battery on a police officer. More recently, TEJADA was charged in Lynn District Court with assault and battery by means of a shod foot in April 2018; this incident involved the assault and beating of an individual in a store. TEJADA also has a pending Lynn District Court case in which he was charged with Possession of a Class A substance in February 2020. Through this investigation, I have become familiar with TEJADA's appearance from his photograph from the Massachusetts Registry of Motor Vehicles (a copy of which follows) and from his distinctive tattoos, which include a distinctive tattoo on the inside of his forearm:



7.   I am familiar with MIGUEL MINIER. MINIER is believed to be the father of TEJADA and believed to be a source of supply of controlled substances, including fentanyl, and a coconspirator in the drug trafficking operation.

8.   I am familiar with SHELBY KLEFFMAN. KLEFFMAN lives in Trenton, Maine and is a large-scale drug customer of TEJADA, MINIER, and other coconspirators and a drug distributor in her own right, with her own large customer base to whom she sells the controlled substances that she obtains from TEJADA, MINIER, and other coconspirators.

## PROBABLE CAUSE

**A.  JUNE 2020 FIREARM DISCHARGE VIDEOS**

9.   During the course of the investigation, investigators searched a number of cellular phones

used by coconspirators of TEJADA, MINIER, and KLEFFMAN containing numerous discussions relating to the manufacture and distribution of controlled substances in the Districts of Massachusetts and Maine, and dozens of images and videos depicting firearms, including several that appear to have been taken in various rural settings. Based on my investigation, I believe these videos were taken in Maine during a trip taken by TEJADA and other coconspirators, including coconspirators known to me as CC-1 and CC-2, to deliver controlled substances to Maine drug contacts and obtain firearms for transport to Massachusetts.

10. Notably, the series of videos located on this phone included one video taken on June 19, 2020 (according to its metadata) in which TEJADA is depicted holding a firearm, firearms can be heard discharging, and bullets can be seen striking the road. A still image from this video follows:



11. Another video located on this phone, taken on June 30, 2020 (according to its metadata), depicts TEJADA firing a tan semi-automatic firearm with a black slide, while CC-1 can be observed firing a different firearm. A still image from this video follows:

5



12. On July 1, 2020, TEJADA, CC-1 and a second coconspirator ("CC-2") were in a vehicle travelling southbound from Maine to Massachusetts. CC-1 was driving and his license to operate a motor vehicle was suspended. The vehicle was stopped by Maine law enforcement to facilitate

6

the arrest of CC-2 on an outstanding warrant. In a hidden compartment in the vehicle, officers located six firearms, including a tan and black Sig Sauer firearm that matches the visual depiction of the firearm that TEJADA is discharging in the June 30, 2020 video. A photograph of the seized tan and black Sig Sauer firearm follows:



**B.   JANUARY 6, 2021 ARREST OF COCONSPIRATOR 1**

13.     On January 6, 2021, at approximately 11:00 a.m., law enforcement surveilled CC-1 operating a Chevy Equinox that was later determined to be a rental, rented in the name of CC-1's girlfriend (the "Equinox"). Law enforcement was familiar with CC-1 from past and ongoing investigations and was aware that CC-1 driver's license status was suspended.

14.     Approximately 45 minutes later, agents observed the Equinox at TEJADA's residence. Shortly thereafter, at approximately 11:50 a.m., agents observed CC-1 operating the Equinox

leaving the area of TEJADA's residence, and subsequently observed CC-1 meet a person operating another vehicle and conduct what they believed to be a narcotics transaction with that person.

15. Shortly thereafter, at approximately 12:25 p.m., Lynn Police stopped the Equinox that CC-1 was driving and arrested him for operating with a suspended license.

16. Following CC-1's arrest, the Equinox was searched pursuant to Lynn Police inventory policy prior to the tow of the vehicle. During the inventory search, a firearm was recovered that was determined to meet the definition of a machinegun. The firearm had a tan frame and black slide and was hidden underneath the center console, accessible from the driver's seat. The firearm was equipped with a "selector switch" attachment, also known as a "chip," that was attached to the rear of the slide. Selector switch devices turn semi-automatic firearms into fully-automatic machineguns by enabling an option for fully-automatic fire with a single pull of the trigger. Near the firearm in the hide, a clear large-capacity 30 round magazine containing 28 rounds of ammunition was recovered.

17. The firearm was further examined by ATF Special Agent Jack Kelter and was determined to be equipped with a fully-automatic selector switch attachment. Special Agent Kelter conducted a dry test fire of the recovered firearm and preliminarily determined that it was a machinegun under federal law. Further testing and ballistics examination are currently ongoing.

18. Due to the fact that the firearm lacked a serial number, it is incapable of being registered with the ATF's database of registered National Firearms Act firearms. Special Agent Kelter also conducted a query of the ATF's National Firearms Act registration database and determined that CC-1 was not the registered owner of any machinegun or any other firearms that required registration under the National Firearms Act.

19. Shortly after the firearm was recovered, CC-1's girlfriend arrived on the scene and took

possession of the Equinox as the authorized renter.

20. On January 7, 2021, CC-1 was arraigned in Lynn District Court and charged with operating with a suspended license and various other offenses, including possession of a machinegun. CC-1 has been held in custody since his arrest.

21. CC-1's cellular phone was seized and searched following his arrest. Text messages between CC-1 and TEJADA from the night of January 5, 2021 and continuing to the morning of January 6, 2021 discuss the amount of fentanyl available, and arrange for CC-1 to come to TEJADA's residence to retrieve it, as well as discussing an amount of cocaine. Notably, at 11:32 a.m. on January 6, 2021, CC-1 sent TEJADA a text message indicating that he was at TEJADA's residence. As discussed above, the Equinox was observed to be in the parking lot outside TEJADA's residence at approximately 11:45 a.m. on January 6, 2021; shortly thereafter, CC-1 was observed to conduct what is believed to have been a narcotics transaction, was then stopped and arrested, and a machinegun was recovered from the Equinox that CC-1 was driving.

22. Subsequent text messages and jail calls indicate that approximately 55 grams of fentanyl were hidden in the Equinox and were not seized by police at the time of CC-1's arrest, and that these controlled substances were retrieved by CC-1's girlfriend after she took custody of the Equinox.

23. Based on my investigation, including the above-described details, I believe that CC-1 coordinated his retrieval of the controlled substances from TEJADA, retrieved 55 grams of fentanyl from TEJADA at his residence, and then conducted a narcotics transaction observed by investigators.

C. MARCH 4, 2021 SEARCH OF TEJADA'S RESIDENCE AND PHONE

24. On March 4, 2021, investigators executed a search warrant at TEJADA's known residence

in Salem, Massachusetts. TEJADA and a coconspirator of the drug conspiracy ("CC-4") were present in the location at the time of the execution of the search warrant. During the search, investigators located two safes and materials and items consistent with the manufacturing, packaging and distribution of controlled substances. Among the items located during the execution of the search warrant were the following:

    a. a diamond encrusted Cartier brand, Santos watch, which I know to have an estimated value of $25,000;
    b. approximately $1,400 cash;
    c. three drug scales;
    d. plastic bag containing two hard blocks of a white substance, which are pending analysis, but may be potentially a cutting agent;
    e. a "Safescan" money counter;
    f. a vacuum sealer;
    g. a container of lactose powder, which I know to be a cutting agent;
    h. multiple boxes of plastic bags; and
    i. three plastic bags containing an off-white powder-like substance, which are pending analysis, but may be potentially a cutting agent.

25. Investigators also located numerous receipts for purchases of expensive items paid for in cash, such as $2,700 at Gucci; $2,820 at Moncler; $2,000 at Gucci; $4,300 at Saks Fifth Avenue; $1,721 at Saks Fifth Avenue; $2,720 at Neiman Marcus; $2,500 at Riccardi; $4,525 at Neiman Marcus, and $5,475 at Rodeo Cosmetics in Beverly Hills, California.

    a. **TEJADA PHONE**

26. During the search of TEJADA's residence, investigators recovered a phone that is believed to be used by TEJADA (the "TEJADA PHONE"). The extraction of this device identified it as "RMani's iPhone" and was associated with the phone number that was texting CC-1 on the morning of CC-1's arrest on January 6, 2021. The TEJADA PHONE was searched and found to contain thousands of text messages with drug customers and suppliers, in which TEJADA discusses distributing and manufacturing controlled substances, and arranges for their delivery. Many of the contacts in the TEJADA PHONE have an area code of 207, which is an area code for

the state of Maine.

27. In the TEJADA PHONE, investigators located a text message conversation with a phone number used by another coconspirator who I will refer to as ("CC-3"). In the conversation, TEJADA and CC-3 discuss the distribution of large quantities of controlled substances. The conversation indicates that on or about December 22, 2020, TEJADA received one pound of controlled substances from CC-3 that I believe to be methamphetamine. In one part of the conversation taking place on January 30, 2021, CC-3 tells TEJADA that he has three pounds of a controlled substance that he is "holding" for TEJADA.

28. On February 24, 2021, investigators executed a search warrant at CC-3's residence and seized approximately three separate packages of suspected methamphetamine that each weighed one pound. One of the one-pound packages tested positive for methamphetamine on a TruNarc field, and the other two one-pound packaged tested inconclusive. Further lab analysis is pending.

29. On the same day that the search warrant was executed (February 24, 2021), the TEJADA PHONE contains a text message conversation to a contact with a 207 area code and phone number ending in 3319 stating that TEJADA's source of supply for the methamphetamine ("boy with the burr")[1] was just raided ("He jus got raided this morning"). Further, on March 3, 2021, the above-described contact with a 207 area code and phone number ending in 3319 texts TEJADA, "I need ice lol", which I believe to be a request for methamphetamine. TEJADA responds, "Gotta make sure all that's on lock b4 I can flood u again", which I understand to mean that he needs to locate another source of supply for methamphetamine before he can provide large quantities ("flood").

---

[1] I believe "burr" is a reference to shivering, and thereby a reference to ice, which I know to be a common term for methamphetamine. Additionally, a January 7, 2021 text message on the TEJADA PHONE to a drug contact uses the term "burr" in reference to "ice", meaning methamphetamine.

11

b. **IDENTIFICATION OF KLEFFMAN**

30. Another text message conversation in the TEJADA PHONE contains a discussion of distribution of controlled substances with a phone number with a 207 area code and phone number ending in 5342 that I believe to be used by KLEFFMAN based on, among other things, the fact that this contact is identified as "Shelby" and various biographical details discussed in the conversation. Additional content from the TEJADA PHONE indicates two additional numbers believed to be historically used by KLEFFMAN (ending in 6399 and ending in 6546).

31. In text message conversations taking place from October 2020 through February 28, 2021 TEJADA and KLEFFMAN coordinate the sale of large quantities of controlled substances, discuss prices, and arrange for deliveries at specified locations.

32. During a December 19, 2020 conversation, the phone user believed to be KLEFFMAN writes "I don't go nowhere without my 9 mm anymore", which I believe to mean that KLEFFMAN always carries a firearm. The TEJADA PHONE responds, "Good keep that mf blick by yo side always" "That's how I am when I'm out here," which I believe to mean that TEJADA agrees that KLEFFMAN should keep a firearm on her ("keep that mf blick") and that TEJADA carries a firearm when he is distributing controlled substances in Maine ("that's how I am when I'm out here"). During this same exchange, KLEFFMAN writes "you are the best plug I've ever had." I know "plug" to be a term for source of supply for controlled substances and believe that KLEFFMAN is telling TEJADA that he is the best drug supply source she has ever had.

33. In another text conversation on the 6399 phone on February 12, 2021, between TEJADA and KLEFFMAN, KLEFFMAN texts TEJADA, "U don't gotta tell me but do u still fuck with [J]? Cuz there's someone Downeast with [T] the daughter of the fucks that shot my dad and she going around selling shit saying it's the same as mine and it's fuckin with my flow and I'm tryna pay

someone to shut that shit down but the only other person that she knows that would have shit like mine is [J]". I believe KLEFFMAN is telling TEJADA that another drug distributor that I will refer to as "J" that she and TEJADA both know is selling drugs and claiming that they are KLEFFMAN's drugs, and that J is consorting with a person I will refer to as "T," who is related to a person who shot KLEFFMAN's father. After a brief exchange, KLEFFMAN texts TEJADA, "But this bitch is putting my name in this so I'm a really fucking you hurt her" (sic)[2] and then "But still she needs to get slapped just for putting my name in her fucking mouth." After a few more exchanges, KLEFFMAN concludes by texting, "All I know is I just need to shut their shit down." I believe KLEFFMAN is telling TEJADA that she would like to "really fuckin" to "hurt" J, and close down J's competing drug business. TEJADA responds "Do u know the kid name?", which KLEFFMAN provides, and TEJADA responds, "Sounds like a Maine kid I was about to say is it someone like me cuz then we both could go spin the block." I believe in this conversation TEJADA is offering to go shoot up the rival drug crew ("spin the block").

34. On December 26, 2020, TEJADA and KLEFFMAN discuss an individual referred to by a nickname I know to be used for CC-1, arriving with vacuum sealed bags. TEJADA also provides a list of controlled substances provided to KLEFFMAN: "235 and 150 soft and 70 of ice". I believe this text message refers to 235 grams of fentanyl, 150 grams of cocaine powder ("soft"), and 70 grams of methamphetamine ("ice"). TEJADA then writes a price for the drugs: "235 comes out to 115k 150 comes to 10k then the 70 I'm only gonna charge u 1k". In this exchange, I believe TEJADA is indicating that the price for the 235 grams of fentanyl is $115,000 ("115k"), the 150 grams of cocaine powder is $10,000 ("10k"), and the 70 grams of methamphetamine is $1,000 ("1k"). TEJADA then states, "Then the other 200 14k" and "And you can keep the 35 grams for

---

[2] I believe "you" in this text is a typo.

freee" "140k".  In this text message, I believe TEJADA is tallying the total amount owed by KLEFFMAN to be $140,000 ("140k").

36. On February 28, 2021, the TEJADA PHONE and the phone user believed to be KLEFFMAN arrange a meeting.  During the conversation, KLEFFMAN and TEJADA discuss an Airbnb that has been obtained.  KLEFFMAN indicates that she wants to deliver $7,000 cash to TEJADA ("seven gees", My bad I wanted to give you some of this bread too I got seven grand to give you") and also indicates that she has obtained a handheld vacuum sealer and bags so that TEJADA can seal the controlled substances in a bag anywhere ("Oh I got u one of those hand held vacuum dealers" "Sealers" "And bags for it" "That way u can do it anywhere").  The messages go on to coordinate the meeting and indicate that they ultimately met and conducted an exchange on February 28, 2021.

36. Further, the TEJADA PHONE contains a conversation between TEJADA and MINIER (using a 9438 phone number) in which TEJADA sends a photograph of a Western Union receipt illustrating a $2,500 payment by Shelby KLEFFMAN paid $2,500 money to a female associate ("FA") of TEJADA and MINIER.[3]  This same FA, as described below, is responsible for renting an Airbnb property located in Bangor, Maine, believed to be presently being used by TEJADA and MINIER to conduct their drug trafficking operation.

---

[3] This phone is attributed to MINIER due to the circumstances of the content, the provision of information related to the FA, and the content in which the father-son relationship is stated openly.  For example, in one message on October 22, 2020, the user of the 9438 phone texts TEJADA, "Me va haser abuelo tu ya", which according to a Spanish-speaking TFO is roughly translated to mean "you will make me a grandfather".  On another occasion, the user of the 9438 phone texts TEJADA, "Bendiga mi hijo que a hecho", which according to a Spanish-speaking TFO is roughly translated to mean "god bless you my son what are you doing."  Numerous other messages between the 9438 phone and TEJADA arrange the rental of vehicles for TEJADA by the 9438 phone consistent with the activity described at the Airbnb rental.

37.     Additionally, on the TEJADA PHONE investigators also found images of what appear to be large quantities of controlled substances, including cocaine, cocaine base and fentanyl. For example, on or about February 17, 2021, the TEJADA PHONE received a photograph from a phone number ending in 9438, believed to be used by MINIER, that depicts a purple controlled substance in a vacuum-sealed package on a scale indicating a weight of 505.6 grams. Based on its appearance and the surrounding text messages with MINIER, I believe that the controlled substance depicted is in fact approximately 505 grams of purple fentanyl. The still image of the purple fentanyl recovered from the TEJADA PHONE follows:



38.     Two days later, on February 19, 2021, the TEJADA PHONE sent this same photo of the approximately 505 grams of purple fentanyl, received from MINIER on February 17, 2021, to the phone user believed to be KLEFFMAN. During the conversation, the TEJADA PHONE writes to

KLEFFMAN, "Jus got this in my hand too," which I believe to mean that TEJADA had just received the substance depicted in the photograph. KLEFFMAN replies "Damn don't that look beautiful" "I swear to God I just got a rush just looking at that picture." The conversation continues with a discussion of the distribution of multi-kilogram quantities of controlled substances and exchange of cash numbering tens of thousands. KLEFFMAN and TEJADA also discuss Airbnb rentals that TEJADA is obtaining and the logistics of obtaining accounts to procure the rentals.

39. In other conversations on the TEJADA PHONE with other contacts having a 207 Maine area code, TEJADA appears to arranges sales of purple fentanyl (including the specific approximately 505 grams depicted in the above-described photograph) and indicates that he is in possession of purple fentanyl, referring to it as "purple" and "purple fet", which I know to be a reference to fentanyl.[4]

**D.  MARCH 18-21, 2021 SURVEILLANCE**

40. On March 17, 2021, MDEA was contacted by a witness ("W-1") who was concerned about a suspicious activity at a residence owned by W-1 that I know to be an Airbnb rental property booked by the FA of TEJADA and MINIER from March 18 until March 31, 2021 (the "Bangor Airbnb").

41. On March 18, 2021, at approximately 18:22, W-1 informed MDEA agents that the FA, a young child and an unknown male had just arrived at the Bangor Airbnb in a blue Jeep Gladiator

---

[4] I know TEJADA to have discussed purple fentanyl with other drug contacts. For example, on December 24, 2020, TEJADA sent a text message to a contact asking "So how much u got of the non purple fet ik u got 285 of the purple but the other one." In this text message, I believe TEJADA is asking how much of the non-purple fentanyl the contact has, and notes that he knows ("ik") that the contact has 285 grams of the purple fentanyl. On February 11, 2021, TEJADA sent a text message stating, "My people trynna toss me whole brick of the purple and like 500 of soft." In this text message, I believe TEJADA is informing a contact that he will soon be in possession of a kilogram of purple fentanyl, and 500 grams of cocaine powder. From these and dozens of other text messages, it is clear that TEJADA is discussing kilogram quantities of fentanyl.

16

bearing MA license plate number 9GV713 (the "Jeep Gladiator"). W-1 provided agents a photograph of the male, who was identified by FBI as MINIER.

42. Approximately 45 minutes later, at approximately 19:00, a black Ford Fusion bearing MA license plate number 9YL219 (the "Ford Fusion") arrived at the Bangor Airbnb. Two males exited the vehicle. Photographs of these two males were identified by FBI as TEJADA and another individual known to law enforcement, who was identified to be CC-4.

43. Approximately 20 minutes after TEJADA and CC-4 arrived, all five individuals exited the Bangor Airbnb, switched vehicles, and left (i.e., CC-4 and TEJADA left in the Jeep Gladiator, MINIER, the FA and the young child left in the Ford Fusion).

44. W-1 advised that later in the evening on March 18, 2021, at approximately 21:38, CC-4 and TEJADA arrived back at the Bangor Airbnb. CC-4 was seated in the driver's seat of the Jeep Gladiator; TEJADA was seated in the front passenger seat. TEJADA was observed concealing something large inside his jacket as he walked into the residence.

45. MDEA confirmed with Hertz that the Jeep Gladiator was rented by the FA in Massachusetts on March 16th until the 22nd. MDEA also confirmed with the Department of Motor Vehicles that the Ford Fusion was owned by and registered to the FA.

46. The afternoon of March 18, 2021, a vehicle owned and believed to be operated by KLEFFMAN was captured on a license plate reader ("LPR") inbound to Bangor, Maine at 17:30, approximately one hour and a half before the arrival of TEJADA and CC-4, described above. This vehicle is a silver 2011 Toyota Corolla bearing ME registration 1180Y, with VIN 2T1BU4EEXB3713702, registered to KLEFFMAN (the "Toyota Corolla" or "KLEFFMAN's Toyota Corolla").

47. On March 19, 2021, at 01:54, KLEFFMAN's Toyota Corolla was captured on an LPR

heading out of Bangor, Maine, traveling in a direction consistent with travel towards KLEFFMAN's known residence in Trenton, Maine.

48. On the evening of March 20, 2021 at about 23:22, KLEFFMAN's Toyota Corolla was captured on an LPR traveling inbound towards Bangor, Maine, traveling in a direction consistent with travel from KLEFFMAN's known residence.

49. According to information provided by W-1, at approximately 23:33 on March 20, 2021, a female that resembled KLEFFMAN walked into the Bangor Airbnb after parking on the street, walking up the driveway, and entering the side door. According to additional information provided by W-1, the female resembling KLEFFMAN left, at approximately 23:45, about ten minutes after arriving, with a large bag over her shoulder.

50. At approximately 00:03 on March 21, 2021, KLEFFMAN's Toyota Corolla was captured on an LPR headed east from Bangor, Maine, traveling in a direction consistent with travel towards KLEFFMAN's known residence.

51. On March 22, 2021, at approximately 12:00, agents conducted surveillance in the area of the apartment complex of TEJADA's last known residence, where the above-described search warrant was executed on March 4, 2021. Agents observed the Jeep Gladiator parked in front of the complex, unoccupied.

52. On March 22, 2021, at approximately 21:15, the Ford Fusion, arrived at the Bangor Airbnb. MINIER was observed exiting the vehicle holding a black bag and entering the location, the FA, and a child were also observed entering the property.

53. On March 22, 2021, at approximately 22:00, KLEFFMAN's Toyota Corolla was captured on an LPR heading into Bangor, Maine, traveling in a direction consistent with travel from KLEFFMAN's known residence.

54. On March 22, 2021, at approximately 22:10, W-1 informed agents that KLEFFMAN was observed entering the Bangor Airbnb. W-1 reported that KLEFFMAN was at the Bangor Airbnb for approximately 5 minutes and that as KLEFFMAN left, it appeared that KLEFFMAN was concealing something under her jacket. Shortly thereafter, MINIER, the FA, and the child left the Bangor Airbnb in the Ford Fusion.

55. On March 22, 2021, at approximately 22:19, KLEFFMAN's Toyota Corolla was captured on an LPR heading out of Bangor, Maine, traveling in a direction consistent with travel towards KLEFFMAN's known residence.

56. On March 22, 2021, at approximately 22:20, MDEA agents commenced surveillance of KLEFFMAN's Toyota Corolla leaving Bangor, Maine heading towards KLEFFMAN's known residence; maintained surveillance of KLEFFMAN's Toyota Corolla; and observed KLEFFMAN arrive at KLEFFMAN's known residence at approximately 23:10.

57. Based on my investigation, including the above, I believe that TEJADA, MINIER, and other coconspirators are employing the Bangor Airbnb to distribute controlled substances, store firearms and controlled substances, and collect payment for controlled substances. I further believe that on March 22, 2021, and possibly on other above-described dates, KLEFFMAN retrieved controlled substances from TEJADA, MINIER, and possibly other coconspirators from the Bangor Airbnb and brought them back to KLEFFMAN's known residence.

**CONCLUSION**

58. Based the foregoing, there is probable cause to believe that TEJADA, MINIER, and KLEFFMAN have violated 21 U.S.C. § 846, and that TEJADA and KLEFFMAN have violated 18 U.S.C. § 924(o). Accordingly, I request that a criminal complaint and arrest warrants be issued for TEJADA, MINIER, and KLEFFMAN.

Signed electronically and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on March 25, 2021.

_____
Craig R. Harvey
Special Agent
Federal Bureau of Investigation

Electronically subscribed and telephonically sworn to before me this 25th day of March, 2021.

_____
HON. DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

