United States of America )
)
v. )
)
Armani Minier-Tejada )
　　　　Defendant, )

FILED IN CLERKS OFFICE
2021 SEP 13 PM 12:57
Case No. 21-MJ-1202-DLC
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO WITHDRAW APPOINTED COUNSEL

The Defedant hereby moves undersigned counsel to withdraw (Michael Baurbeau) in the above-captioned case. As grounds for this motion, The Defedant states that there has been an irretrievable breakdown in the attorney/client relationship, including ineffective assistance of counsel, which has resulted in conflict of interest.

WHEREFORE, the defendant request that this Court schedule a hearing on the matter, and allow undersigned counsel to withdraw his appearance.

Respectfully Submitted,

By _____

(Pro'se)

Date: September 5, 2021

Armani Minier-Tejada

### CERTIFICATE OF SERVICE

I, Armani Minier-Tejada hereby certify that the foregoing document is being served today by United States mail to The District Court, AUSA.