FILED
IN CLERKS OFFICE

United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| ) | Case No.21- 100099- NMG |
| v. ) | |
| ) | |
| Armani Minier- Tejada ) | |
| Defendant, ) | |

# DEFENDANT'S MOTION TO PROCEED PRO-SE BEFORE THE HONORABLE COURT IN LIGHT OF FARRETTA V CALIFORNIA, 422 U.S 806 (1975); AND UNITED STATES V SWINNEY, 970 F. 2D 494 (8TH Cir. 1992)

Defendant Mr. Armani Minier- Tejada moves this Honorable Court in the above Style and Cause under the defendant's Pro-Se capacity requesting the courts permission to allow the charged defendant to exercise his constitutional right to proceed Pro-Se with the protections of California v Farretta, (Citations Omitted); and also in light of United States v Swinney, 970 f.2d 494 (8th Cir. 1992)

**Defendants in criminal trials have constitutional right to waive the assistance of counsel and conduct their own defense. A court, however, may appoint standby counsel to assist a defendant who chooses to pro se. The defendant remains free to elevate standby counsel to a lead counsel role, thereby waiving the defendant's rights. Once a pro se defendant invites or agrees to any substantial participation by standby counsel, subsequent appearances by counsel must be presumed to be with the defendant's acquiescence, at least until the defendant expressly and unambiguously requests that standby counsel be silenced.**

However, the charged defendant Mr. Tejada is of sound mind and is highly conscious at this very moment while requesting the court for the permission to proceed Pro-Se – Thus, with all due respect and honor before the court Mr. Tejada seeks the protections of Haines v Kerner, (citations omitted) to help prevent a further miscarriage of justice before the court in the interest of justice.

1

## Conclusion

The Defendant Mr. Tejada prays that this Honorable Court would grant the Defendant his Constitutional right to proceed Pro-Se so that he could file Pro-Se motions to preserve his Constitutional claims on record to appeal.

Respectfully Submitted

## Certificate of Service

Mr. Tejada place the said above Motion in the Mail box under the Mail Box rule here at Donald Wyatt Detention facility to mail to the following:

Respectfully Submitted

2